JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5264FDB |
| Plaintiff, ) | |
| vs. ) | ORDER CONTINUING TRIAL DATE, PRETRIAL CONFERENCE AND MOTIONS DEADLINE |
| ROMULO BAUTISTA-OCAMPO, ) JESUS FLORES MANZO, ) | |
| Defendants. ) | |

A Motion to Withdraw and Substitute Counsel was granted by the Court as to defendant Romulo Bautista-Ocampo. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Court finds that failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from November 7, 2005 to February 6, 2006, at 9:00 am. The period of delay resulting from this continuance from November 7, 2005, up to and including the new trial date of February 6, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the pretrial motions due date be extended to November |
| 2 | 30, 2005, and that the pretrial conference be continued to January 19, 2006, at 2:30 p.m with |
| 3 | the Trial Briefs, Witness List, Exhibit List, any written Stipulations, Motions in Limine, proposed |
| 4 | form of Verdict, and proposed Jury Instructions to be filed by January 12, 2006. |

DONE this 31st day of October, 2005.

_____

JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE